IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WALTER LEE WRIGHT,

    *Plaintiff*,

v.                                     Case No.: 5:24cv215-MW/MJF

SERGEANT BROWN, et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 3, and has also reviewed *de novo* Plaintiff's objections, ECF No. 6. Notwithstanding Plaintiff's objections, this Court agrees with the Magistrate Judge's conclusion that Plaintiff's complaint is due to be dismissed because Plaintiff is a three-striker, he has not paid the filing fee, and he has not satisfied the "imminent danger" exception. To the extent Plaintiff objects to the Magistrate Judge's aside concerning the statute of limitations, that argument does not form the basis for dismissal and, thus, this Court need not pass on the issue.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 3, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment

stating, "This action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g)." The Clerk shall close the file.

**SO ORDERED on October 30, 2024.**

<u>s/Mark E. Walker</u><br>
**Chief United States District Judge**